UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rev. 9/03

----------------------------------------------------------------X

ADOLFO LAINEZ,

                         Plaintiff,

                                                    **ORDER OF REFERENCE**
                                                    **TO A MAGISTRATE JUDGE**

                    - against -

MURRAY BRESKY CONSULTANTS, LTD., MB
FOOD PROCESSING, MB CONSULTANTS LTD,
DEAN A. KOPLIK,

                                                    08 Civ. 1917 (CLB) (LMS)

                         Defendant.

----------------------------------------------------------------X

    The above entitled action is referred to the Hon. Lisa Margaret Smith, United States
Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling,        ___ Consent under 28 U.S.C. §636(c) for all
    discovery, non-dispositive pretrial motions,       purposes (including trial)
    and settlement)

_X_ All Purposes

___ Specific Non-Dispositive Motion/Dispute:*     ___ Consent under 28 U.S.C.§636(c) for
                                                       limited purpose of _____

    __ __ __ __ __ __ __ __ __ __
    __ __ __ __ __ __ __ __ __ __

                                                  ___ Habeas Corpus

___ Settlement*
                                                  ___ Dispositive Motion (i.e., motion
                                                      requiring a Report and Recommendation)

___ Inquest After Default/Damages Hearing
                                                      Particular Motion:_____
                                                      __ __ __ __ __ __ __ __ __ __

__ ___ All purposes permitted by law
                                                      All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
       March 3, 2008

                                          _Charles Brieant_____
                                          United States District Judge