**LITTLER MENDELSON**
A Professional Corporation
One Newark Center, 8th Floor
Newark, New Jersey  07102
973.848.4700
Attorneys for Defendants
  Murray Bresky Consultants Ltd., MB Food
  Processing, MB Consultants Ltd., and Dean A.
  Koplik
BC/2365

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADOLFO LAINEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>MURRAY BRESKY CONSULTANTS LTD., MB FOOD PROCESSING, MB CONSULTANTS LTD., DEAN A. KOPLIK,<br><br>                    Defendants. | Civil Action No. 08-CV-1917<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT**<br><br>**ELECTRONICALLY FILED** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Murray Bresky Consultants, Ltd., MB Food Processing, and MB Consultants Ltd. (private non-governmental parties) certifies that said parties have no corporate parents, affiliates and/or subsidiaries, which are publicly held.

**LITTLER MENDELSON**
A Professional Corporation
Attorneys for Defendants,
  Murray Bresky Consultants Ltd., MB
  Food Processing, MB Consultants Ltd.,
  and Dean A. Koplik

By
Bryan M. Churgin (BC/2365)

Dated: May 8, 2008