## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

May 27, 2008

## SCHEDULING ORDER
08CV1917(CLB)(LMS)

Adolfo Lainez
16 Andrew Street
Liberty, NY 12754

Bryan Mathew Churgin
Litman & Litman, P.C
209 Glenmore Street
East Williston, NY 11596

The matter of **LAINEZ-V-MURRY** has been scheduled for a conference,

before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **June 13, 2008** at

10:45 AM in Courtroom 420.


Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*


SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                         May 27, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV1917(CLB)(LMS)

Adolfo Lainez
16 Andrew Street
Liberty, NY 12754

Bryan Mathew Churgin
Litman & Litman, P.C
209 Glenmore Street
East Williston, NY 11596

The matter of     **LAINEZ-V-MURRY**     has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **June 13, 2008** at 10:45 AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                      May 27, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV1917(CLB)(LMS)

Adolfo Lainez
16 Andrew Street
Liberty, NY 12754

Bryan Mathew Churgin
Litman & Litman, P.C
209 Glenmore Street
East Williston, NY 11596

 The  matter of          **LAINEZ-V-MURRY**    has been  scheduled for a  conference,

before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,  on **June 13,  2008** at

10:45 AM  in Courtroom 420.


Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*


SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.