UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ADOLFO LAINEZ,                                  :

       Plaintiff                               :          ORDER

       - against -                             :          08 Civ. 1917 (CLB)LMS)

MURRAY BRESKY CONSULTANTS,          :
LTD., MB FOOD PROCESSING, MB
CONSULTANTS LTD., DEAN A. KOPLIK,  :
       Defendants.
                                                          :
------------------------------------------------------------x

       The Court having determined that this case warrants submission to the Pro Bono panel of attorneys by the *Pro Se* Clerk's Office, for possible representation of Plaintiff, discovery is hereby stayed and the case is referred to the Pro Bono panel until the next conference before the undersigned, currently scheduled for September 29, 2008, at 10:30 am.

Dated: August 1, 2008
       White Plains, New York

                                            SO ORDERED

                                            Lisa Margaret Smith
                                            United States Magistrate Judge
                                            Southern District of New York